```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11142
   RODNEY JEROME BEAUDION
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-2234

--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/21/2007 and was confirmed 08/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI   SECURED VEHIC   21056.00       1849.19      1437.33
CITIFINANCIAL AUTO CREDI   UNSECURED         789.79           .00          .00
CONTINENTAL FURNITURE      SECURED         11134.00        283.59       675.69
CONTINENTAL FURNITURE      UNSECURED      NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY          354.22           .00          .00
ELIZABETH ROSARIO          NOTICE ONLY    NOT FILED           .00          .00
IL STATE DISBURSEMENT UN   PRIORITY       NOT FILED           .00          .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED           .00          .00
IL STATE DISBURSEMENT UN   PRIORITY       NOT FILED           .00          .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED           .00          .00
BIG INTERNATIONAL          UNSECURED      NOT FILED           .00          .00
CAPITAL ONE                UNSECURED      NOT FILED           .00          .00
CAPITAL ONE BANK           NOTICE ONLY    NOT FILED           .00          .00
CENCO SERVICES             UNSECURED      NOT FILED           .00          .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED           .00          .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED           .00          .00
ECAST SETTLEMENT CORP      UNSECURED         611.31           .00          .00
HSBC NV                    NOTICE ONLY    NOT FILED           .00          .00
ONE CLICK CASH             UNSECURED      NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED           .00          .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED           .00          .00
T MOBILE                   UNSECURED         239.56           .00          .00
OMNIUM WORLDWIDE           NOTICE ONLY    NOT FILED           .00          .00
ASPIRE                     UNSECURED         909.28           .00          .00
US BANK/RETAIL PAYMENT     UNSECURED        1603.37           .00          .00
RECOVERY DEPT              NOTICE ONLY    NOT FILED           .00          .00
US DEPT OF EDUCATION       UNSEC W/INTER    4589.86           .00          .00
ASSET ACCEPTANCE LLC       UNSECURED         471.79           .00          .00
INTERNAL REVENUE SERVICE   UNSECURED         488.13           .00          .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,900.00                        .00
TOM VAUGHN                 TRUSTEE                                      304.20

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 11142 RODNEY JEROME BEAUDION
```

```
DEBTOR REFUND           REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,550.00

PRIORITY                                            .00
SECURED                                        2,113.02
     INTEREST                                  2,132.78
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                            304.20
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                   4,550.00              4,550.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/23/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 11142 RODNEY JEROME BEAUDION